FILED
GREAT FALLS DIV.

2008 AUG 6 PM 1 57

PATRICK E. DUFFY, CLERK
BY _____
        DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| Lovaas, et al., <br><br> Plaintiff, <br><br> vs. <br><br> United States Forest Service, et al., <br><br> Defendants. | No. CV 07-72-BU-SEH <br><br> **ORDER** |

On July 8, 2008, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

---

[1] Docket No. 34.

Upon review, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1. Defendants Beaverhead Development Corporation, Mike McGinley and J.S. Turner are DISMISSED. The caption shall be amended accordingly to reflect the dismissal.

2. Plaintiff's claims regarding Beaverhead Development Corporation's corporate status are DISMISSED.

DATED this 6th day of August, 2008.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge