FILED
GREAT FALLS

2009 OCT 27 PM 12 39

PATRICK E. DUFFY, CLERK
BY _____
        DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BUTTE DIVISION

| | |
|---|---|
| LOVAAS, et. al.,<br><br>                      Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, et. al.,<br><br>                      Defendants. | No. CV 07-72-BU-SEH-RKS<br><br>**ORDER** |

United States Magistrate Keith Strong entered his Findings and Recommendations[1] on September 18, 2009. Plaintiff filed objections on September 28, 2009. Defendants filed a response on October 13, 2009. The Court reviews *de novo* findings and recommendations to which objection are made. 28 U.S.C. § 636(b)(1).

---

[1] Docket No. 93.

-1-

Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. Plaintiff's Third Amended Complaint[2] is DISMISSED with prejudice.

2. The Clerk shall enter judgment accordingly.

DATED this 27th day of October, 2009.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 43.